AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF RI

United States

v.

James A. Saget

## APPEARANCE

Case Number: CR 00-114-01L

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

the defendant, James A. Saget

I certify that I am admitted to practice in this court.

1-9-06

Date

Signature

Edward C. Roy, Jr. 3029

Print Name Bar Number

10 Weybossett Street, Suite 300

Address

Providence RI 02903

City State Zip Code

(401) 528-4281 (401) 528-4285

Phone Number Fax Number